# United States District Court
# For The Western District of North Carolina
# Asheville Division

ROBERT STEVEN SMITH,

       Plaintiff,

vs.

NORTH CAROLINA DEPARTMENT
of CORRECTIONS, et al.,

       Defendants.

JUDGMENT IN A CIVIL CASE

1:06cv271-01-MU

DECISION BY COURT.  This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 12, 2006 Order.

September 12, 2006

FRANK G. JOHNS, CLERK

BY:    s/Elizabeth J. Barton

Elizabeth Barton, Deputy Clerk